**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2476**

———————

WILLIAM SCOTT DAVIS, II,

        Plaintiff - Appellant,

   v.

JAMES A. HUNT,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever, III, Chief District Judge. (5:11-cv-00035-D)

———————

Submitted: July 28, 2016         Decided: August 1, 2016

———————

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William Scott Davis, II, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's orders denying his motions to reopen and to amend the judgment in a closed 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Hunt, No. 5:11-cv-00035-D (E.D.N.C. Sept. 2, 2015; Nov. 23, 2015). We deny Davis' motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED